ANTHONY CAMBONI
PRO PER

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 05 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ M DEPUTY

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF ARIZONA**

ANTHONY CAMBONI,
Plaintiff,
vs
KEITH FRANKEL,
Defendant.

**NO: CIV-101903 PHX-MEA**

**DECLARATION OF SERVICE BY A PRIVATE PROCESS SERVER**

I, Russell Hoffman, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT & CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon JUDGE KEITH FRANKEL by leaving documents with James Vance (dept. of justice court administration) at 222 N. Central Ave 2nd floor Phoenix, AZ on December 28, 2010 at 12:40 pm.

DATED: 12/28/10

*RUSSELL HOFFMAN*

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| | | |
|---|---|---|
| Charge: | Mileage one way min | 24.00 |
| | Service | 1 x 16.00 |
| | Doc Prep | 1 x 10.00 |
| | Rush Fee | 00.00 |
| | Total | 50.00 |

Rush Hour Delivery
P.O. Box 30997
Mesa, AZ 85275-0997
(480)-797-9483

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the Arizona

Anthony Camboni
*Plaintiff*

v.

Keith Frankel
*Defendant*

Civil Action No. CIV'10 1903 PHX-MEA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Judge Keith Frankel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Camboni
7239 E. Pueblo Ave.
Mesa, AZ 85208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD H. WEARE

*CLERK OF COURT*

Date: 9/7/10

*Signature of Clerk or Deputy Clerk*